

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KAREEM ABDUL-JABBAR VERTZ,

Defendant.

Case:1:21-cr-20139
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 03-03-2021 At 02:11 PM
USA v. KAREEM ABDUL-JABBAR VERTZ (JO)



FILED
MAR 03 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

**INDICTMENT**

THE GRAND JURY CHARGES:

## COUNT 1
### (18 U.S.C. §§ 113(a)(3), 1151 and 1153)
### Assault with a Dangerous Weapon

On or about January 4, 2021, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Kareem Abdul-Jabbar Vertz**, an Indian, assaulted A.V. with a dangerous weapon, to wit: a knife, with the intent to do bodily harm, in violation of 18 U.S.C. §§ 113(a)(3), 1151, and 1153.

## COUNT 2
## (18 U.S.C. §§ 113(a)(8), 1151 and 1153)
## Assault of an Intimate or Dating Partner by Strangulation or Attempted Strangulation

On or about January 5, 2021, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Kareem Abdul-Jabbar Vertz**, an Indian, assaulted A.V., his intimate and dating partner, by attempting to strangle and by strangling her, in violation of 18 U.S.C. §§ 113(a)(8), 1151 and 1153.

## COUNT 3
## (18 U.S.C. §§ 113(a)(3), 1151 and 1153)
## Assault with a Dangerous Weapon

On or about January 5, 2021, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Kareem Abdul-Jabbar Vertz**, an Indian, assaulted, that is, intentionally wounded A.V. with a dangerous weapon, to wit: a lit cigarette, with the intent to do bodily harm, in violation of 18 U.S.C. §§ 113(a)(3), 1151, and 1153.

## COUNT 4
### (18 U.S.C. §§ 113(a)(3), 1151 and 1153)
### Assault with a Dangerous Weapon

On or about January 5, 2021, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Kareem Abdul-Jabbar Vertz**, an Indian, assaulted, that is, intentionally threatened to inflict injury on A.V., with a dangerous weapon, to wit: a knife, causing a reasonable apprehension of immediate bodily harm to A.V., with the intent to do bodily harm, in violation of 18 U.S.C. §§ 113(a)(3), 1151, and 1153.

## COUNT 5
### (18 U.S.C. §§ 13, 1151, 1152 and M.C.L. 750.540(4))
### Interfering with Electronic Communications

On or about January 5, 2021, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Kareem Abdul-Jabbar Vertz**, an Indian, willfully and maliciously prevented, obstructed and delayed by any means the sending, conveyance or delivery of an authorized communication, by or through a telephone, telephone line or another medium of electronic communication by A.V.,

a non-Indian, in violation of Michigan Complied Law 750.540(4) and 18 U.S.C. §§ 13 and 1152.

Dated: March 3, 2021

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/Roy R. Kranz
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov
(P56903)